NF

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Michael Williams / 20150602045
Cook County Jail / P.O.Box 089002
Chicago Illinois 60608

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

D.E.A Group 36
Summit Police Dept
Riverdale Police Dept

_____

_____

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**RECEIVED**

FEB 1 6 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:17-cv-1264
Judge Jorge L. Alonso
Magistrate Judge Mary M. Rowland
PC3

**CHECK ONE ONLY:**

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Michael Williams

   B. List all aliases: _____

   C. Prisoner identification number: #20150602045

   D. Place of present confinement: Cook County Jail

   E. Address: P.O. Box 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Bob Mase

   Title: D.E.A / 98 Star

   Place of Employment: D.E.A Group 36

   B. Defendant: Brandan Ronekohr Star 9642

   Title: D.E.A Group 36

   Place of Employment: D.E.A Group 36

   C. Defendant: Malloy

   Title: D.E.A

   Place of Employment: D.E.A Group 36

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Deplorable Conditions 1:16-cv-9384 1:16-cv-11371 Malpractic

B. Approximate date of filing lawsuit: Dec/14/2016 Sep/30/2016

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: NONE

D. List all defendants: Thomas J. Dart, D.E. A Group 36, Brandan RODEKOHR Star 9642 B.B Nase Star 98 S/A Maloy Pallaro Riverdale Police Summit Police Dept etc Et al

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): United STATE District Court Northern District of ILLinois East Division

F. Name of judge to whom case was assigned:

G. Basic claim made: False Arrest

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The Case was dismissed for not paying the full amount of the $400 fee for filing Complaint or the $505 fee for filing an Appeal installment payment

I. Approximate date of disposition: Dec/5/2016

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 1 2015 Detective Bob Mase star number 98 Summit Police Dept Assigned to DEA Group 36 executed a invalid and void search warrant at my mothers House located at 13821 South Stewart in Riverdale Illinois this officer caused my continous custody because of his malicous intent to have me prosecuted After Knowingly acting with dileberate indifferece by Forging Offical documents via the warrant which supposedly gave them the the Authority to make an entry into my mothers house but this officier and other Agents impersenated a Gas Company to gain Entry And once they entered and after Finding absolutely Nothing to validate their entry this officer and other officials acted in concert to Plant Narcotics to wit heroin to Justify their entry so for his and their Total Disregard For the Common Law these said official are being Sued for False arrest False imprisonment intentional infliction of emotional distress and malicous prosecution

4

Revised 9/2007

United States District Court
Northern District of Illinois
Western Division

Plaintiff
Michael Williams #20150602045
Case # 15500a383901
Case # 15C55045801
-vs-
Defendants
Summit Police Dept
etc etal D.E.A Group
36 Robert Mase, Malloy
Pallaro, Brandan Rodekohr 9642
/ Supervisor

Amended Complaint

Complaint under the civil right act, Title 42 section 1983 U.S Code

1) This Complaint is here by being Amended with All particulars of Defendants names and Group Affilation that are to be served upon as this Suite sets forth in this cause of action

Submitted by _____

For this misconduct of tampering with the interregation video in this case to remove the volumn/sound to further their attempts to malicously prosecute me shows a total Disregard for the Common Law. These Defendants where voluntary participant in a common venture as well as conspiracy to commit to wrong of violating my 4th Amendment right as well as my right to so for his Direct Participation in this Cruel conspiracy this officier Robert Mase is being sued in his official Capacity

5

Revised 9/2007

ON June 1, 2015 Detective Brandon RODEKOHR Star number 9642 Summit Police Dept Assigned to D.E.A Group 36 executed a invalid and void search warrant at my mothers House located at 13821 South Stewart in Riverdale Illinois this officer caused my continous Custody because of his malicous intent to have me prosecuted After knowingly acting with dileberate indifferece by Forging Official documents VIA the warrant which supposedly gave them the the Authority to make an entry into my mothers house but this officer and other Agents impersenated a Gas Company to gain Entry And once they entered and after finding absolutely Nothing to validate their entry this officer and other officials acted in Concert to Plant Narcotics to wit heroin to Justify their entry So for his and their Total Disregard for the Common Law these said official are being Sued for false arrest false imprisonment intentional infliction of emotional distress and malicous prosecution for this miscorduct of tampering with the interregation video in this Case to remove the volumn/sound to further their attempts to maliously prosecute me show a total Disregard for The Common Law. These Defendants where voluntary Participant in a common venture as well as Conspiracy to Commit to wrong of violating my 4th Amendment right as well as my right to so for his Direct Participation in this Cruel conspiracy this officer Brandon RODEKOHR is being sued in his official Capacity

ON June 1, 2015 Detective Malloy Summit Police Dept Assigned to D.E.A Group 36 executed a invalid and VOID search warrant at my mothers House located at 13821 south stewart in Riverdale Illinois this officer caused my continous Custody because of his malicous intent to have me prosecuted because of his malicous intent to have me prosecuted After knowingly acting acting with dileberate indifferece by forging offical documents VIA the warrant which supposedly gave them the Authority to make an entry into my mothers house but this officier and other Agents impersenated a Gas Company to gain Entry And once they entered and after finding absolutely Nothing to validate their entry this officer and other officials acted in Concert to plant Narcotics to wit Heroin to Justify their entry so for his and their Total Disregard for the Common Law these said official are being sued for false arrest false imprisonment intentional infliction of emotional distress and malicous prosecution for this misconduct of tampering with the interregation video in this Case to remove the volumn/sound to further there their attempts to maliously prosecute me shows a total Disregard for the Common Law. These Defendant where voluntary Participant in a Common venture as well as Conspiracy to Commit to wrong of violating my 4th Amendment right well as my right to so for his Direct Particpation in this Cruel Conspiracy this officier Malloy is being sued in his official Capacity

ON Jun 1, 2015 Detective Pallaro Riverdale Police Dept Assigned to D.E.A Group 36 executed a invalid and void search warrant at my mothers House located at 13821 South Stewart in Riverdale Illinois this officer caused my Continous Custody because of his malicous intent to have me prosecuted. After knowingly acting with dileberate indifferece by Forging offical documents VIA the warrant which supposedly gave them the Authority to make an entry into my mothers house but this officier and other Agents impersenated a Gas Company to gain Entry And once they entered and after finding absolutely Nothing to validate their entry this officer and other officials acted in Concert to Plant Narcotics to wit Heroin to Justify their entry So For his and their Total Disregard for the Common Law these Said official are being Sued for false arrest False imprisonment intentional infliction of emotional distress and malicous prosecution For this misconduct of tampering with the interrogation video in this Case to remove the volumn/sound to further their attempts to malicously prosecute me stow a total Disregard for the Common Law. These Defendants where voluntary Participant in a Common venture as well as Conspiracy to Commit to wrong of violating my 4th Amendment right as well as my right to so for his Direct Participation in this Cruel conspiracy this officier Pallaro is being sued in his official Capacity

Statement of CLAIM:

ON June 1, 2015 I Michael Williams was arrested Jailed, and charge with the crime of Possession with the Intent. Several officers and their supervisor _____ are personally involved Because supervisors knew about the conduct and facilitated it, approved it, condoned it, or turned a blind eye for fear or what he might see. He in other wards acted either knowingly or with deliberate reckless indifference. There is no such thing as accidental or inadvertent participation in a conspiracy so for the misconduct of the said officiers Robert Mase Brandon RODEK OHR, Pallaro Molloy and all the officials responsible for this act of misconduct and their supervisor _____ knew that their was not a valid search warrant also knew that these narcotics was planted and also knew I should have had an attorney present because I requeted a attorney I proclamed my my innocense so for his voluntary participation in this common venture to ultimately violate my right to due process under the 14 Amendment and to also violate my 4th Amendment right and my 6th Amendment right this supervisor is also being Sued in his individual capacity for depriving me of freedom life and liberty for his participation in this cruel Conspiracy to have me maliciously prosecuted.

**V.** **Relief:** All Attorney Fee's to be PAID by Defendants

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be awarded monetary Damages, neglegence of Provoking And Anguish False Arrest, Defamation maliciously prosecuted as well as conspiracy to commit the wrong all in the Sum of 25,000,000.00 for all this mental Anguish And All Attorney Fee's to be PAID By Defendants

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Jan__ day of __10__, 20__16__

__Michael Williams__ (signature)
(Signature of plaintiff or plaintiffs)

__Michael Williams__
(Print name)

__20150602045__
(I.D. Number)

__P.O Box 08092__
__Chicago IL 60608__
(Address)

6

Revised 9/2007



# SUMMIT POLICE DEPARTMENT

Officer Report for Incident 15S-05844

| | |
|---|---|
| **Nature:** WARRANT IN STAT | **Address:** 13821 S STEWART |
| **Location:** | RIVERDALE IL 60827 |

**Offense Codes:** 5081
**Received By:** ZMARTENS  **How Received:** T  **Agency:** SUPD
**Responding Officers:** B MASE
**Responsible Officer:** B MASE  **Disposition:** ADD 06/01/15
**When Reported:** 13:31:32 06/01/15  **Occurred Between:** 13:31:12 06/01/15 and 13:31:12 06/01/15

**Assigned To:**  **Detail:**  **Date Assigned:** \*\*/\*\*/\*\*
**Status:**  **Status Date:** \*\*/\*\*/\*\*  **Due Date:** \*\*/\*\*/\*\*

**Complainant:** 42179
**Last:** DET MASE  **First:** BOB  **Mid:**
**DOB:** \*\*/\*\*/\*\*  **Dr Lic:**  **Address:** 5810 S ARCHER RD
**Race:** W  **Sex:** M  **Phone:** (708)563-4830  **City:** SUMMIT, IL 60501

## Offense Codes

**Reported:** 5081 IN STATE WARRANT  **Observed:** 2020 POSS OF CONTROLED SUBSTANCE

**Additional Offense:** 5081 IN STATE WARRANT

**Responding Officers:**  **Unit:**
B MASE  631

**Responsible Officer:** B MASE  **Agency:** SUPD
**Received By:** ZMARTENS  **Last Radio Log:** 16:52:10 06/01/15 CMPLT
**How Received:** T Telephone  **Clearance:** 1Q SEE CASE REPORT
**When Reported:** 13:31:32 06/01/15  **Disposition:** ADD Date: 06/01/15
**Judicial Status:**  **Occurred between:** 13:31:12 06/01/15
**Misc Entry:**  **and:** 13:31:12 06/01/15

**Modus Operandi:**  **Description:**  **Method:**

## Involvements

| Date | Type | Description | |
|---|---|---|---|
| 06/01/15 | Name | DET MASE, BOB | Complainant |
| 06/01/15 | Name | WILLIAMS, MICHAEL ANTHONY | Offender |

08/26/16

*Officer Report for Incident 15S-05844*     Page 2 of 4

---

| | | | |
|---|---|---|---|
| 06/01/15 | Offense | POSS AMNT CONT SUBS EXCEPT A&D | Charged With |
| 06/01/15 | Cad Call | 13:31:32 06/01/15 WARRANT IN STAT | Initiating Call |

08/26/16

Incident 15S-05844

Page 3 of 4

### Narrative

In summary, R/D is assigned to DEA Group 36 as a task force officer. The following reflects the execution of search warrant #15SW6009 signed by the honorable Judge Kathleen Panozzo #1962 on 5/28/15 at 11hrs. R/D and members of DEA Group 36 executed the warrant on 6/1/15 at 1045 hrs. S/A Malloy knocked on the front door of the residence and was invited inside the residence. The offender was located inside the basement area of the residence. Once the occupants of the residence were secured, R/D and members of Group 36 conducted a search of the residence. R/D deployed K-9 Clyde inside the residence. K-9 Clyde exhibited alert behavior near the refridgerator area behind the bar. Clyde also exhibited behavior in the room where the furnace was located along with the bed area in the living area. The following was recovered from within the basement of the residence:

From inside the refridgerator: (1) Clear baggie containing (17) small Zip-loc baggies containing an off-white powdery substance suspect heroin.

From under a laptop on a coffee table in the living area: (1) green zip-loc baggie containing an off white powdery substance suspect heroin.

From under the bed in the living area: (1) clear capsule containing an unknown substance.

There were numerous small digital scales and empty unused small zip-loc baggies located within the basement area. A plate with a white powdery residue and razor blades was also located in the bar area.

All items recovered were inventoried under #14-195. The substances in the zip-loc baggie field tested positive for the presence of heroin. The capsule and zip-loc baggies to be sent to the Illinois State Police crime lab.

The offender was transported to Summit PD. DEA S/A Malloy and Rodekohr read the offender his miranda rights from a pre-printed card. The offender made an oral post miranda statement admitting ownership of the suspect heroin recovered in the basement area.

The offender to be charged with Possession of Controlled Substance w/Intent to Deliver. The offender to be transported to bond court on 6/2/15.



*Narrative note*

*Exhibit A*

06/23/15

 

# SUMMIT POLICE DEPARTMENT
## ARREST BOOKING FORM

Felony

Caution: _____
Name (L,F,M): Williams, Michael A
D.O.B. (mmddyyyy): _____
Address: _____
Phone #: _____
Name Number: 8579P
Driver's License #: _____
Driver's License State: _____
SSN: _____
P.O.B.: _____
Citizenship: _____
Station Complaint #: 155-05844
Scars, Marks, Tattoos: _____
(Location & Description)

Photo ☒ Fingerprints ☒ Juvenile Record: ☐
Sex: M  Race: B  Height: 509  Weight: 210
Hair Color: BLK  Eye Color: BRO  Skin Tone: Med BRO
Alias (Last, First, M): _____
Alias D.O.B. (mmddyyyy): _____
FBI #: _____  State ID: _____
Concealed Carry #: _____  FOID #: _____
IR #: _____  Gang Affiliation: _____
Employer: _____
Employer Address: _____
Demeanor: _____
DCN: _____

| | Year | Make | Model | Lic # | State | Vehicle Seized: |
|---|---|---|---|---|---|---|
| Vehicle Info: | | | | | | ☐ Article 36 |
| Towed By: | | | | | | ☐ Administrative |

Originating Agency ID: O163800
Arresting Officer: Mase
Assisting Officers: _____
Assisting Officers: _____
Date of Offense: 6/1/15
Date of Arrest: 6/1/15
Time of Arrest: 1130
Location of Arrest: 13821 S Stewart Riverdale, IL

Prisoner Transported To: SPD
Date/Time Transported: 6/1/15 1200
Transporting Officer: Mase
Searching Officer: Mase
Bond Amount: _____  Bond #: _____
Date/Time Bond Made: _____
Medical Treatment: Yes ☐ No ☐

County of Prosecution: 016  Court Key: ___  Court Date/Time/Room #: _____

| Statute/Citation | DV | Offense Description | Inchoate Type | County | Court Case No. |
|---|---|---|---|---|---|
| 720 570 402 b4 | N | PCS w/ Intent | O | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



# Village of Riverdale
157 W. 144th Street
Riverdale, IL 60827-2707
Phone (708) 841-2200 • Fax (708) 841-7587

**Lawrence L. Jackson**
Village President

**Karen Holcomb**
Village Clerk

**Trustees**
Jerome Russell
Bradley Smith
Rodrick Jefferson
Brenda Williams
Cassandra Riley-Pinkney
Lawrence Richard-Bey

August 11, 2016

Michael Williams
2015-0602045
Division 2 Dorm 2 V-5
P.O. Box 089002
Chicago, Illinois 60608

   Re: Freedom of Information Act Request

Dear Mr. Williams:

Thank you for writing to the Village of Riverdale ("Village") with your request for information pursuant to the Freedom of Information Act (FOIA), 5 ILCS 140/1 *et seq.* Your FOIA Request sought the following:

- Copies of any and all arrest reports
- Copies of arrest processing reports and supervisor approval reports that are consistent with case # 15C5504580115500238391
- Location: 13821 Stewart Avenue, Riverdale, IL 60827
- Date: June 1, 2015

The Village has no reports and or records responsive to your FOIA request.

Sincerely,

*Annie D. Randolph*
Annie D. Randolph
Executive Assistant to the Mayor
FOIA Officer
Village of Riverdale
157 West 144th Street
Riverdale, Illinois 60827

1425 New York Avenue N.W.
Suite 11050
Washington, DC 20005

Michael Williams
No. 20150602045
P.O. Box 089002
Chicago, IL 60608

October 5, 2016

Dear Mr. Michael Williams,

    This is to advise you that your administrative appeal from the action of the JMD regarding Request No. MRU-FOIA-118 was received by this Office on 10/03/2016.

    The Office of Information Policy has the responsibility of adjudicating such appeals. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number DOJ-AP-2016-005687. Please mention this number in any future correspondence to this Office regarding this matter. Please note that if you provide an e-mail address or another electronic means of communication with your request or appeal, this Office may respond to your appeal electronically even if you submitted your appeal to this Office via regular U.S. Mail.

    We will notify you of the decision on your appeal as soon as we can. If you have any questions about the status of your appeal, you may contact me at (202) 514-3642. If you have submitted your appeal through FOIAonline, you may also obtain an update on the status of your appeal by logging into your account.

Sincerely,

Priscilla Jones

Supervisory Administrative Specialist